# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

May 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. VICENTE ARELLANO-BUENROSTRO AND JUAN ARELLANO | **CASE NUMBER:** 3:22-cr-00191 JSC  CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1    2-7 ✔    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Andrew Paulson | **Date Submitted:** May 11, 2022 |
| **Comments:** | |

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF

| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney | **FILED**<br>May 11 2022<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICENTE ARELLANO-BUENROSTRO and<br>JUAN ARELLANO,<br><br>    Defendants. | CASE NO. 3:22-cr-00191 JSC<br><br>VIOLATIONS:<br><br>18 U.S.C. § 371 – Conspiracy to Commit an Offense Against the United States;<br><br>18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License<br><br>18 U.S.C. § 922(o) – Transfer or Possession of a Machinegun<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of Methamphetamine<br><br>18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 371 – Conspiracy to Commit an Offense against the United States)

    1.    Beginning on or about June 1, 2021, and continuing through on or about January 20, 2022, in the Northern District of California and elsewhere, the defendants,

INFORMATION                                                        1

VICENTE ARELLANO-BUENROSTRO and
JUAN ARELLANO,

knowingly and intentionally conspired and agreed together and with other persons known and unknown, to commit an offense against the United States, namely, to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and one or more of the defendants committed an overt act to effect the object of the conspiracy, namely, the sale of firearms and ammunition without a license, including, but not limited to, the following:

| Date | Firearms / Ammunition Sold | Seller | Firearm Serial No. | Amount |
|---|---|---|---|---|
| June 2, 2021 | Kahr, .380 Pistol | ARELLANO-BUENROSTRO | RC6806 | $1,000 |
| June 8, 2021 | Glock 17, 9mm Pistol and Ammunition | ARELLANO-BUENROSTRO | KYM529 | $1,600 |
| June 21, 2021 | Glock 17, 9mm Pistol and Ammunition | ARELLANO | BTAR639 | $1,600 |
| June 29, 2021 | Two Glock 17, 9mm Pistols and Ammunition | ARELLANO | (1) BPDH768, (2) BTUE104 | $3,100 |
| July 17, 2021 | AR-Style Privately Manufactured Firearm (PMF) and a 30-round Magazine | ARELLANO-BUENROSTRO | N/A | $3,300 |
| July 20, 2021 | Glock 27, .40 Caliber Pistol and Ammunition | ARELLANO-BUENROSTRO | BNAN322 | $3,000 |
| September 8, 2021 | Palmetto State Armory, PA-15 model, AR-15 Style Rifle and 100-Round High-Capacity Drum Magazine | ARELLANO-BUENROSTRO | SCD047790 | $2,700 |
| October 6, 2021 | Two American Tactical, PMF, AR-style, .223 Caliber Machineguns and Two 30-Round Magazines | ARELLANO-BUENROSTRO | N/A | $6,000 |

INFORMATION                                               2

| Date | Firearms / Ammunition Sold | Seller | Firearm Serial No. | Amount |
|---|---|---|---|---|
| December 9, 2021 | Two Glock 17, 9mm Pistols | ARELLANO-BUENROSTRO | (1) NUS573, (2) DTY854 | $3,000 |
| December 29, 2021 | (1) Century Arms, Draco Model, 9mm Short-Barreled Rifle; (2) Palmetto State Armory, Deerhunter, 7.62x39 Rifle; (3) Ammunition; and (5) Two 30-Round High-Capacity Rifle Magazines | ARELLANO-BUENROSTRO | (1) RONVMB 71816530, (2) Obliterated Serial | $5,000 |
| January 19, 2022 | Sig Sauer, P365, 9mm Pistol; Ammunition; and Pistol Holder | ARELLANO-BUENROSTRO | 66A689654 | $1,500 |

All in violation of Title 18, United States Code, Section 371.

COUNT TWO:        (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

2.        Beginning on or about June 2, 2021 and continuing through on or about January 20, 2022, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT THREE:        (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

3.        Beginning on or about June 21, 2021 and continuing through on or about January 20, 2022, in the Northern District of California, the defendant,

JUAN ARELLANO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT FOUR:        (18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun)

4.        On or about October 6, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

knowingly possessed and transferred a machinegun, specifically, an American Tactical, PMF, AR-style, .223 caliber machinegun with no serial number, in violation of Title 18, United States Code, Section 922(o).

COUNT FIVE: (18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun)

5. On or about October 6, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

knowingly possessed and transferred a machinegun, specifically, an American Tactical, PMF, AR-style, .223 caliber machinegun with no serial number, in violation of Title 18, United States Code, Section 922(o).

COUNT SIX: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

6. On or about July 20, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT SEVEN: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

7. On or about July 30, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

| | | |
|---|---|---|
|COUNT EIGHT:|(21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)||

8. On or about September 8, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT NINE: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

9. On or about September 22, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TEN: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

10. On or about December 2, 2021, in the Northern District of California, the defendant,

VICENTE ARELLANO-BUENROSTRO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT ELEVEN: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

11. On or about August 16, 2021, in the Northern District of California, the defendant,

JUAN ARELLANO,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

<u>FORFEITURE ALLEGATION</u>:         (18 U.S.C. § 924(d)(1); 21 U.S.C. § 853; 28 U.S.C. § 2461(c))

12.    Paragraphs 1 through 11 of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

13.    Upon conviction of any of the offenses alleged in Counts One through Five set forth in this Information, the defendants,

VICENTE ARELLANO-BUENROSTRO and<br>JUAN ARELLANO,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), any firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following property:

  a. Kahr, .380 Pistol with serial number RC6806;
  b. Glock 17, 9mm Pistol with serial number KYM529;
  c. Glock 17, 9mm Pistol with serial number BTAR639;
  d. Glock 17, 9mm Pistol with serial number BPDH768;
  e. Glock 17, 9mm Pistol with serial number BTUE104;
  f. AR-Style PMF with no serial number, sold to an individual on July 17, 2021;
  g. Glock 27, .40 Caliber Pistol with serial number BNAN322;
  h. Palmetto State Armory, PA-15 model, AR-15 Style Rifle with serial number SCD047790;
  i. Two American Tactical, PMF, AR-style, .223 Caliber Machineguns with no serial numbers that were sold to an individual on October 6, 2021;
  j. Glock 17, 9mm Pistol with serial number NUS573;
  k. Glock 17, 9mm Pistol with serial number DTY854;

      l.   Century Arms, Draco Model, 9mm Short-Barreled Rifle with serial number RONVMB71816530;

      m.  Palmetto State Armory, Deerhunter, 7.62x39 Rifle with an obliterated serial number that was sold to an individual on December 29, 2021;

      n.   Sig Sauer, P365, 9mm Pistol with serial number 66A689654.

14. Upon conviction of any of the offenses alleged in Counts Six through Eleven, the defendants,

VICENTE ARELLANO-BUENROSTRO and<br>JUAN ARELLANO,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), all right, title, and interest in property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations. Property to be forfeited includes, but is not limited to:

      a.   a forfeiture money judgment;

      b.  all United States currency and electronic devices, including mobile telephones, seized on or about January 20, 2022;

      c.   a 2017 black Ford Mustang, bearing Vehicle Identification Number 1FA6P8JZ2H5520593; and

      d.  Approximately $11,000 seized from three Bank of America financial accounts associated with Vicente ARELLANO-BUENROSTRO, bearing account numbers ending in 0346, 1889, and 3476.

15. If any of the property described above, as a result of any act or omission of the defendant:

      a.   cannot be located upon exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: May 11, 2022

STEPHANIE M. HINDS
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
ZACHARY ABRAHAMSON
Assistant United States Attorneys

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

See attached.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attached.

### DEFENDANT - U.S

▶ VICENTE ARELLANO-BUENROSTRO

DISTRICT COURT NUMBER
3:22-cr-00191 JSC

**FILED**
May 11 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** 3:22-mj-70036-MAG

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Andrew Paulson

## DEFENDANT

### IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District) NDCA

### IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☒ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

**UNITED STATES V. VICENTE ARELLANO BURENROSTRO**

Count One: 18 U.S.C. § 371 – Conspiracy to Commit an Offense Against the United States

**MAXIMUM PENALTIES:**

- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

Count Two: 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License

**MAXIMUM PENALTIES:**

- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

Count Four: 18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

**MAXIMUM PENALTIES:**

- 10 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

Count Five: 18 U.S.C. § 922(o) – Possession and Transfer of a Machinegun

**MAXIMUM PENALTIES:**

- 10 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

<u>Counts Six through Ten: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine</u>

**MAXIMUM PENALTIES:**

- 40 years' imprisonment (minimum 5 years' imprisonment)
- $5,000,000 fine
- Lifetime supervised release (minimum 4 years)
- $100 special assessment
- Mandatory and discretionary denial of federal benefits upon conviction of drug offenses

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

See attached.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attached.

### DEFENDANT - U.S

▶ JUAN ARELLANO

DISTRICT COURT NUMBER
3:22-cr-00191 JSC

**FILED**
May 11 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3:22-mj-70036-MAG

Name and Office of Person Furnishing Information on this form
STEPHANIE M. HINDS

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)
AUSA Andrew Paulson

## DEFENDANT

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

**UNITED STATES V. JUAN ARELLANO**

Count One: 18 U.S.C. § 371 – Conspiracy to Commit an Offense Against the United States

**MAXIMUM PENALTIES:**

- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

Count Three: 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License

**MAXIMUM PENALTIES:**

- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment

Count Eleven: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine

**MAXIMUM PENALTIES:**

- 40 years' imprisonment (minimum 5 years' imprisonment)
- $5,000,000 fine
- Lifetime supervised release (minimum 4 years)
- $100 special assessment
- Mandatory and discretionary denial of federal benefits upon conviction of drug offenses